**EXHIBIT 3**

**Generated on:** This page was generated by TSDR on 2020-09-01 14:44:04 EDT

**Mark:** WAYNE FARMS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 72456414 | **Application Filing Date:** | May 03, 1973 |
| **US Registration Number:** | 980466 | **Registration Date:** | Mar. 12, 1974 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Mar. 17, 2014

## Mark Information

**Mark Literal Elements:** WAYNE FARMS

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**Claimed Ownership of US Registrations:** 0241385, 0822459 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [FRESH DRESSED AND FROZEN TURKEYS,] FRESH DRESSED AND FROZEN CHICKENS [, AND FRESH EGGS]

**International Class(es):** 001, 005, 029, 030, 031, 032     **U.S Class(es):** 046 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 20, 1965     **Use in Commerce:** Aug. 20, 1965

## Basis Information (Case Level)

**Filed Use:** Yes     **Currently Use:** Yes

**Filed ITU:** No     **Currently ITU:** No

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | WAYNE FARMS LLC |
| **Owner Address:** | 4110 CONTIENTAL DRIVE<br>OAKWOOD, GEORGIA UNITED STATES 30566 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | David C Brezina | **Docket Number:** | 4T09613943 |
| **Attorney Primary Email Address:** | chiustm@ladas.net | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | David C Brezina<br>Ladas & Parry LLP<br>224 South Michigan Ave<br>Suite 1600<br>Chicago, ILLINOIS UNITED STATES 60604 |
| **Phone:** 312.427.1300 | **Fax:** 312.427.6663 |
| **Correspondent e-mail:** chiustm@ladas.net  dbrezina@ladas.net | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 15, 2015 | NOTICE OF SUIT | |
| Mar. 17, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 17, 2014 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | 66607 |
| Mar. 17, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Mar. 12, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 66607 |
| Mar. 12, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 12, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 22, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 22, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 22, 2008 | CASE FILE IN TICRS | |
| Jan. 10, 2004 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 10, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 22, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 22, 2003 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 16, 1994 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 07, 1994 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Aug. 28, 1979 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** | GENERIC WEB UPDATE |
| **Date in Location:** | Mar. 17, 2014 |

## Assignment Abstract Of Title Information

| Summary | |
|---|---|
| **Total Assignments:** 8 | **Registrant:** ALLIED MILLS, INC. |

### Assignment 1 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0257/0627 | **Pages:** | 6 |
| **Date Recorded:** | Sep. 16, 1974 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| Assignor | |
|---|---|
| **Name:** ALLIED MILLS, INC. | **Execution Date:** Sep. 10, 1974 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** INDIANA |

| Assignee | |
|---|---|
| **Name:** ALLIED MILLS, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Address:** 110 NORTH WACKER DRIVE CHICAGO, ILLINOIS 60606 | |

| Correspondent |
|---|
| **Correspondent Name:** COFFEE & SWEENEY |
| **Correspondent Address:** TWENTY NORTH WACKER DRIVE CHICAGO, IL 60606 |

| Domestic Representative - Not Found |
|---|

### Assignment 2 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0407/0411 | **Pages:** | 5 |
| **Date Recorded:** | Jan. 13, 1982 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| Assignor | |
|---|---|
| **Name:** ALLIED MILLS, INC. | **Execution Date:** Jul. 14, 1981 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

| Assignee | |
|---|---|
| **Name:** CONTINENTAL GRAIN COMPANY | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Address:** 277 PARK AVE. NEW YORK, NEW YORK 10172 | |

| Correspondent |
|---|
| **Correspondent Name:** CONTINENTAL GRAIN COMPANY |
| **Correspondent Address:** 10 SOUTH RIVERSIDE PLAZA CHICAGO, IL 60606 |

| Domestic Representative - Not Found |
|---|

### Assignment 3 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 1986/0170 | **Pages:** | 14 |
| **Date Recorded:** | Nov. 01, 1999 | | |
| **Supporting Documents:** | assignment-tm-1986-0170.pdf | | |

| | | | |
|---|---|---|---|
| **Assignor** | | | |
| Name: | CONTINENTAL GRAIN COMPANY | Execution Date: | Aug. 01, 1999 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| **Assignee** | | | |
| Name: | CONTIGROUP COMPANIES, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 340 JESSE JEWELL PARKWAY GAINSVILLE, GEORGIA 30501 | | |
| **Correspondent** | | | |
| Correspondent Name: | LEE, MANN, SMITH ET AL | | |
| Correspondent Address: | JAMES R. SWEENEY P.O. BOX 2786 CHICAGO, ILLINOIS 60690-2786 | | |
| **Domestic Representative - Not Found** | | | |

## Assignment 4 of 8

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 2163/0535 | Pages: | 9 |
| Date Recorded: | Sep. 13, 2000 | | |
| Supporting Documents: | assignment-tm-2163-0535.pdf | | |
| **Assignor** | | | |
| Name: | WAYNE FARMS LLC | Execution Date: | Apr. 28, 2000 |
| Legal Entity Type: | LIMITED LIABILITY COMPANIES | State or Country Where Organized: | DELAWARE |
| **Assignee** | | | |
| Name: | COOPERATIEVE CENTRALE RAIFFEISEN - BOERENLEENBANK B.A., NEW YORK BRANCH | | |
| Legal Entity Type: | COOPERATIVE BANKING ORGANIZATION | State or Country Where Organized: | No Place Where Organized Found |
| Address: | 245 PARK AVENUE NEW YORK, NEW YORK 10167 | | |
| **Correspondent** | | | |
| Correspondent Name: | JENKENS & GILCHRIST, P.C. | | |
| Correspondent Address: | ANDRE M. SZUWALSKI 1445 ROSS AVENUE, SUITE 3200 DALLAS, TX 75202-2799 | | |
| **Domestic Representative - Not Found** | | | |

## Assignment 5 of 8

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 2163/0499 | Pages: | 5 |
| Date Recorded: | Sep. 13, 2000 | | |
| Supporting Documents: | assignment-tm-2163-0499.pdf | | |
| **Assignor** | | | |
| Name: | CONTIGROUP COMPANIES, INC. | Execution Date: | May 04, 2000 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| **Assignee** | | | |
| Name: | WAYNE FARMS, LLC | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

**Address:** 340 JESSE JEWELL PARKWAY, SUITE 200
GAINESVILLE, GEORGIA 30501

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | JENKENS & GILCHRIST, P.C. |
| **Correspondent Address:** | ANDRE M. SZUWALSKI<br>1445 ROSS AVENUE, STE. 3200<br>DALLAS, TX 75202-2799 |

### Domestic Representative - Not Found

### Assignment 6 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5102/0579 | **Pages:** | 9 |
| **Date Recorded:** | Sep. 03, 2013 | | |
| **Supporting Documents:** | assignment-tm-5102-0579.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Aug. 30, 2013 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>37TH FLOOR<br>NEW YORK, NEW YORK 10167 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

### Domestic Representative - Not Found

### Assignment 7 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5486/0067 | **Pages:** | 8 |
| **Date Recorded:** | Mar. 26, 2015 | | |
| **Supporting Documents:** | assignment-tm-5486-0067.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Mar. 26, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

**Assignment 8 of 8**

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 6478/0553 | **Pages:** | 8 |
| **Date Recorded:** | Nov. 08, 2018 | | |
| **Supporting Documents:** | assignment-tm-6478-0553.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Nov. 08, 2018 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE NEW YORK, NEW YORK 10167 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP 3333 PIEDMONT ROAD, NE, SUITE 2500 ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

# United States Patent Office

**980,466**
Registered Mar. 12, 1974

## PRINCIPAL REGISTER
### Trademark

Ser. No. 456,414, filed May 3, 1973

## WAYNE FARMS

Allied Mills, Inc. (Indiana corporation)
110 N. Wacker Drive
Chicago, Ill. 60606

For: FRESH DRESSED AND FROZEN TURKEYS, FRESH DRESSED AND FROZEN CHICKENS, AND FRESH EGGS, in CLASS 46 (INT. CL. 29).

First use Aug. 20, 1965; in commerce Aug. 20, 1965.

Owner of Reg. Nos. 241,385, 822,459, and others.