**EXHIBIT 4**

