**EXHIBIT 5**

Case: 1:20-cv-05191 Document #: 1-5 Filed: 09/02/20 Page 1 of 3 PageID #:51

