**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WAYNE FARMS LLC | ) | Civil Action No.: 20-5191 |
| | ) | |
| Plaintiff, | ) | Judge Valdez |
| v. | ) | |
| | ) | Magistrate Judge _____ |
| JOHN DOE AND , | ) | |
| LINKEDIN CORPORATION | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

LOCAL RULE 3.2
<u>NOTICE OF AFFILIATES</u>

Pursuant to Local Rule LR 3.4, Plaintiff provides the following information to be used by the Clerk of the Court for the United States District Court for the Northern District of Illinois as required by 15 U.S.C. Section 1116(c):

A.  Names and addresses of the parties:

<u>Plaintiff:</u>

Wayne Farms LLC
(Delaware Limited Liability Company)
4110 Continental Drive
Oakwood, GA 30566

<u>Defendants:</u>

John Doe
Address Unknown

LinkedIn Corporation
1000 West Maude Avenue
Sunnyvale, CA 94085

B.  U.S. Federal Trademark Registrations Pleaded in the Complaint:

| Trademark | Reg # | Drawing |
|---|---|---|

| | | |
|---|---|---|
| WAYNE FARMS and BARN, SILO and TREE DESIGN | 4371372 |  |
| WAYNE FARMS and BARN, SILO and TREE DESIGN with CHINESE "big, powerful, healthy, earth" | 4683867 | |
| WAYNE FARMS | 980466 | **WAYNE FARMS** |

 

Date: September 2, 2020

Respectfully submitted,

By: _____
David C. Brezina  (ID3121581)
Ladas & Parry LLP
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net

Attorneys for Plaintiff, Wayne Farms LLC

2