# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wayne Farms LLC

                        Plaintiff,

v.                                                       Case No.: 1:20–cv–05191
                                                             Honorable Gary Feinerman

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. The 10/1/2020 status hearing [10] shall stand. For the reasons stated on the record, Plaintiff's ex parte motion for temporary restraining order [11] is granted. Enter order. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.