IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE FARMS LLC | ) | Civil Action No.: 20-5191 |
| | ) | |
| Plaintiff, | ) | Judge Feinerman |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| JOHN DOE, A/KA GRACIE, | ) | |
| HENDERSON, A/K/A FRANK L | ) | |
| ANNESE and LINKEDIN | ) | |
| CORPORATION | ) | |
| | ) | |

Defendants

## NOTICE OF FILING

TO:     JOHN DOE a/k/a GRACIE HENDERSON a/k/a
           FRANK L ANNESE
           patrickwaynefarms@consultant.com
           patrickwaynefarms@outlook.com
           godsonnguyen101@gmail.com
           butcherspride.frozenfoods@gmail.com

           LINKEDIN CORPORATON
           Jason Skaggs
           Skaggs Faucette
           530 Lytton Avenue
           2nd Floor
           Palo Alto CA 94301
           jason@skaggsfaucette.com

        Please take Notice that Wayne Farms LLC, ("Wayne Farms") by its attorneys, Ladas &

Parry LLP has filed its Amended Complaint, as a matter of course, Rule 15 (a) Fed R Civ P.

                                                  Respectfully submitted,

Date: October 26, 2020            By: _David C. Brezina_
                                                      David C. Brezina (ID3121581)
                                                      Attorneys for Plaintiff, Wayne Farms LLC

Ladas & Parry LLP
David C. Brezina
Boris Umansky
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be filed in the Northern District of Illinois - CM/ECF LIVE, Document Filing System, which will forward copies thereof to any counsel of record.

I will also serve a copy by electronic mail to:

(1) Defendant LinkedIn

   Jason Skaggs
   Skaggs Faucette
   530 Lytton Avenue
   2nd Floor
   Palo Alto CA 94301
   jason@skaggsfaucette.com

(2) Defendant John Doe:
   patrickwaynefarms@consultant.com
   patrickwaynefarms@outlook.com
   godsonnguyen101@gmail.com
   butcherspride.frozenfoods@gmail.com

Date of Signature: October 26, 2020

*David C. Brezina*

David C. Brezina