# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WAYNE FARMS LLC ) | Civil Action No.: 20-5191 |
| ) | |
| Plaintiff, ) | Judge Feinerman |
| v. ) | |
| ) | Magistrate Judge Valdez |
| JOHN DOE, A/KA GRACIE, ) | |
| HENDERSON, A/K/A FRANK L ) | |
| ANNESE and LINKEDIN ) | |
| CORPORATION ) | |
| ) | |
| Defendants | |

## DECLARATION OF DAVID C BREZINA IN SUPPORT OF
## MOTION FOR ISSUANCE OF SUMMONS
## AND AUTHORIZING SERVICE BY PUBLICATION AND ELECTRONICALLY

My name is David C. Brezina and Exhibits C, D and E are true and correct copies of: Exhibit C, LINKEDIN CORPORATION'S RESPONSE AND OBJECTIONS TO SUBPOENA ISSUED BY PLAINTIFF WAYNE FARMS; Exhibit D, Wells Fargo Business Account Application and Signature Cards; Exhibit E, Wayne Farms Sues LinkedIn Over Imposter Account By Craig Clough Law360 (September 3, 2020, 6:30 PM EDT)

The undersigned, pursuant to Rule 11, and also being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, declares that the statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Respectfully submitted,

Date: October 28, 2020

*David C. Brezina*

David C. Brezina (ID3121581)
Attorneys for Plaintiff, Wayne Farms LLC

Ladas & Parry LLP
David C. Brezina
Boris Umansky
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net

1