**EXHIBIT C**

1  JASON M. SKAGGS (CA BAR NO. 202190)
   JEFFREY E. FAUCETTE (CA BAR NO. 193066)
2  SKAGGS FAUCETTE LLP
   Email:  jason@skaggsfaucette.com
3  Email: jeff@skaggsfaucette.com
   530 Lytton Avenue, 2nd Floor
4  Palo Alto, CA  94301
   Telephone:     650/617-3226
5  Facsimile:     650/644-0200

6  Attorneys for LINKEDIN CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF ILLINOIS

10

11

12  WAYNE FARMS, LLC,                          Case No. 20-5191

13              Plaintiff,                     LINKEDIN CORPORATION'S RESPONSE
                                               AND OBJECTIONS TO SUBPOENA
14        v.                                   ISSUED BY PLAINTIFF WAYNE FARMS
                                               LLC
15  JANE DOE AND LINKEDIN CORPORATION,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28



**Patrick Gomez** ·

Export Manager at Wayne Farms

Wisconsin, United States · 500+ connections ·

 **Wayne Farms**

 **Wisconsin School of Business**

## About

We are leading role model in food production and we export nationwide, our major products includes Frozen Foods such as Chicken Paw,Chicken Feet,Chicken MJW etc.....

patrickwaynefarms@consultant.com

## Activity

1,913 followers

Posts Patrick created, shared, or commented on in the last 90 days are displayed here.

**See all activity**

## Experience



**Export Manager**

Wayne Farms · Full-time

May 2020 – Present · 6 mos

Georgia, United States



**Executive Distributor**

Butchers Pride Steak & Seafood Company

Feb 2013 – May 2020 · 7 yrs 4 mos

Wisconsin, United States

Categorized under Frozen Fish, Meat, and Poultry.

LINKEDIN-WF-000001



**Wholesale Sales Manager**
Frozen Specialties, Inc.
Mar 2008 – Oct 2012 · 4 yrs 8 mos

LINKEDIN-WF-000002

Gomez_Registration.csv

| Registered At | Registration Ip | Subscription Types |
|---|---|---|
| 6/16/20, 12:51 AM | 45.82.254.20 | |

LINKEDIN-WF-000003

Gomez_Logins.csv

| Login Date | IP Address | User Agent | Login Type |
|---|---|---|---|
| Tue Jun 23 02:28:34 UTC 2020 | 66.115.157.13 | LIAuthLibrary:36.0.* com.linkedin.LinkedIn:9.15.5204.4 iPhone:12.4.5 | Login |
| Wed Jul 22 08:29:51 UTC 2020 | 156.146.46.65 | LIAuthLibrary:36.0.* com.linkedin.LinkedIn:9.15.5204.4 iPhone:12.4.5 | Login |

LINKEDIN-WF-000004

Gomez_Email Addresses.csv

| Email Address | Confirmed | Primary | Updated On |
| --- | --- | --- | --- |
| godsonnguyen101@gmail.com | Yes | Yes | 6/16/20, 12:51 AM |
| butcherspride.frozenfoods@gmail.com | No | No | 6/22/20, 7:27 PM |

LINKEDIN-WF-000005

Gomez_Profile csv

| First Name | Last Name | Maiden Name | Address | Birth Date | Headline | Summary | Industry | Zip Code | Geo Location | Twitter Handles | Websites | Instant Messengers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patrick | Gomez | | | | Export Manager at Wayne Farms | We are leading role model in food production and we export nationwide, our major products includes Frozen Foods such as Chicken Paw,Chicken Feet,Chicken MJW etc..... patrickwaynefarms@consultant com | Food Production | | Wisconsin, United States | | | |

LINKEDIN-WF-000006



## Bright Lincon

Salesperson at Wayne Farms

Covington, Georgia, United States ·

 Best Buy

 University of Oxford

## Activity

Posts Bright created, shared, or commented on in the last 90 days are displayed here.

**See all activity**

## Experience



**Salesperson**
Best Buy
Feb 2018 – Present · 2 yrs 9 mos
Mississippi, United States

## Education



**University of Oxford**
Master of Business Administration - MBA, Marketing/Marketing Management, General, A
1983 – 1990
Activities and Societies: Poultry

## Skills & Endorsements

**Management**

Marketing

LINKEDIN-WF-000007

Marketing

## Sales Management

Industry Knowledge

## Account Management

## Interests

 **University of Oxford**
572,254 followers

 **Forbes**
14,964,413 followers

**LinkedIn**
13,198,775 followers

**Wayne Farms**
11,504 followers

**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
29,611,174 followers

**Best Buy**
384,739 followers

LINKEDIN-WF-000008

Lincon_Registration.csv

| Registered At | Registration Ip | Subscription Types |
|---|---|---|
| 8/31/20, 6:28 AM | 197.242.101.205 | |

LINKEDIN-WF-000009

Lincon_Logins.csv

| Login Date | IP Address | User Agent | Login Type |
|---|---|---|---|
| Mon Aug 31 16:05:13 UTC 2020 | 209.95.50.60 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_4_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.2 Mobile/15E148 Safari/604.1 | Login |

LINKEDIN-WF-000010

Lincon_Email Addresses.csv

| Email Address | Confirmed | Primary | Updated On |
|---|---|---|---|
| patrickwaynefarms@outlook.com | Yes | Yes | 8/31/20, 6:30 AM |

LINKEDIN-WF-000011

Lincon_Profile.csv

| First Name | Last Name | Maiden Name | Address | Birth Date | Headline | Summary | Industry | Zip Code | Geo Location | Twitter Handles | Websites | Instant Messengers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bright | Lincon | | | | Salesperson at Wayne Farms | | Food Production | 30018 | Covington, Georgia, United States | | | |

LINKEDIN-WF-000012



 T-Mobile

## Tristan Slessor

Sales Manager at Best Buy Inc

Salt Lake City, Utah, United States · 2 connections ·

## Activity

2 followers

Posts Tristan created, shared, or commented on in the last 90 days are displayed here.

**See all activity**

## Experience



**Independent Distributor**
T-Mobile



**Sales Manager**
Best Buy Inc · Full-time
Mar 2013 – Present · 7 yrs 8 mos
United States

Diligent and trusted Distributor of the year

## Interests



**LinkedIn News**
3,972,243 followers



**T-Mobile**
405,896 followers

Slessor_Registration.csv

| Registered At | Registration Ip | Subscription Types |
|---|---|---|
| 9/2/20, 5:05 AM | 209.95.56.53 | |

LINKEDIN-WF-000014

Slessor_Logins.csv

| Login Date | IP Address | User Agent | Login Type |
|---|---|---|---|
| Wed Sep 02 13:44:54 UTC 2020 | 212.102.59.129 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_4_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.2 Mobile/15E148 Safari/604.1 | Login |

LINKEDIN-WF-000015

Slessor_Email Addresses.csv

| Email Address | Confirmed | Primary | Updated On |
|---|---|---|---|
| patrickwaynefarms@consultant.com | Yes | Yes | 9/2/20, 5:07 AM |

LINKEDIN-WF-000016

Slessor_Profile.csv

| First Name | Last Name | Maiden Name | Address | Birth Date | Headline | Summary | Industry | Zip Code | Geo Location | Twitter Handles | Websites | Instant Messengers |
|------------|-----------|-------------|---------|------------|----------|---------|----------|----------|--------------|-----------------|----------|--------------------|
| Tristan | Slessor | | | | Sales Manager at Best Buy Inc | | Telecommun ications | 84101 | Salt Lake City, Utah, United States | | | |

LINKEDIN-WF-000017

1   PROPOUNDING PARTY:          WAYNE FARMS LLC

2   RESPONDING PARTY:           LINKEDIN CORPORATION

3          LinkedIn Corporation ("LinkedIn"), hereby objects and responds to the subpoena

4   ("Subpoena") served by the attorney for Plaintiff  Wayne Farms LLC("Plaintiff") responses and

5   objections are based on its current understanding of the lawsuit and the Subpoena.  LinkedIn reserves

6   the right to modify or supplement its responses and objections.  LinkedIn also reserves the right to

7   make any motion with respect to the Subpoena.

8                              GENERAL OBJECTIONS

9          1.     LinkedIn objects to the Subpoena to the extent that it seeks the production of

10  information from sources that are not reasonably accessible because of undue burden or cost or

11  otherwise.

12         2.     LinkedIn objects to the Subpoena to the extent it seeks information that is available

13  from the parties to the litigation or other sources.

14         3.     LinkedIn objects to the Subpoena to the extent it is intended to impose any

15  obligations on any persons or entities other than LinkedIn, the sole entity named in the Subpoena,

16  including but not limited to subsidiaries or affiliates of LinkedIn.

17         4.     LinkedIn objects to the Subpoena to the extent it requests the production of

18  information beyond the possession, custody or control of LinkedIn.

19         5.     LinkedIn objects to the Subpoena to the extent that it seeks information protected

20  by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege

21  or protection from discovery under the California Code of Civil Procedure, the California Evidence

22  Code, the California Family Code, and/or any other applicable statutes, regulations, and common law

23  protections.  LinkedIn intends to claim and hereby claims all applicable privileges and protections

24  from discovery, and, in the event that LinkedIn provides responsive documents, any mistaken or

25  inadvertent production of privileged or protected documents is not intended to, and shall not, waive

26  any of these privileges or protections.  LinkedIn is not presently in a position to provide a description

27  of the nature of the information that is subject to a claim of privilege or protection.  In the event the

28

SKAGGS|FAUCETTE LLP

Subpoena is found valid and enforceable, in whole or in part, LinkedIn will provide such a description within a reasonable period of time.

6.    LinkedIn objects to the Subpoena to the extent it seeks trade secrets or other confidential research, development, or commercial information, or other proprietary information protected from disclosure.

7.    LinkedIn objects to the Subpoena to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.

8.    LinkedIn objects to the Subpoena as overbroad and unduly burdensome.

9.    LinkedIn objects to Subpoena to the extent it seeks to impose obligations beyond or inconsistent with those imposed by the applicable California statutes.

## RESPONSES TO REQUEST FOR DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All documents and information relating JOHN DOE with a fake LinkedIn profile as an employee of Wayne Farms LLC or Wayne Farms LLC USA, Phone text, WhatsApp or mobile number: +1(204) 813-6903 or +1 (323) 486-5804; Email patrickwaynefarms@consultant.com or patrickwaynefarms@outlook.com (see attached)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

In addition to its general objections, each of which is specifically incorporated herein by reference, LinkedIn objects to this request as vague and ambiguous with respect to the scope of the information sought and the manner or production, and in particular the terms "all documents and information" which may seek information protected by privacy rights and other protections. LinkedIn also objects to the Request to the extent it requests the production of documents beyond the possession, custody or control of LinkedIn. For example, LinkedIn does not have members' social security numbers, telephone connection records, or MAC addresses. LinkedIn also objects to the Request to the extent that it seeks the content of communications and investigations. Production of records beyond basic subscriber information as defined at 18 U.S.C. § 2703(c)(2) without the consent of the LinkedIn member would exceed the disclosure permitted under the Stored Communications Act, 18

U.S.C. §§ 2702-03 ("SCA"). Under the SCA, LinkedIn is prohibited from disclosing the connections or content of user communications or stored files, unless a specific statutory exception permits the disclosure. 18 U.S.C. §§ 2702-2703. There is no general statutory exception that would allow LinkedIn to produce contents in response to your Request. LinkedIn reserves the right to add objections if necessary following any meet and confer.

Subject to, and without waiving these objections, LinkedIn will provide the following information associated with the profile associated with each of the two email addresses identified as well as the Patrick Gomez profile identified (Wisconsin, United States):

• Email Addresses
• Profile Snapshot
• Profile Information
• Registration

LinkedIn considers this information to be fully responsive to the Request and to have satisfied LinkedIn's entire obligation in responding to the Subpoena.

DATED: October __, 2020.     SKAGGS FAUCETTE LLP

By: _____
            JASON M. SKAGGS

Attorneys for LINKEDIN CORPORATION.

RESPONSE TO SUBPOENA