# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wayne Farms LLC

                              Plaintiff,

v.                                                     Case No.: 1:20–cv–05191
                                                          Honorable Gary Feinerman

John Doe, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion for order [25] is granted. The Clerk is directed to issue alias summonses as reflected in Dkts. 25–1 and 25–2. Plaintiff may serve summonses and the complaint by electronic means on the emails set forth in the motion. Enter preliminary injunction order. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.