AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

WAYNE FARMS LLC

CASE NUMBER: 20-cv-05191

V.

ASSIGNED JUDGE: Feinerman

JOHN DOE a/k/a GRACIE HENDERSON a/k/a FRANK L ANNESE and LINKEDIN CORPORATION

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

GRACIE HENDERSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ladas & Parry LLP
David C. Brezina
Boris Umansky
224 S Michigan Ave, #1600
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK



November 5, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 12, 2020 |
| NAME OF SERVER *(PRINT)*   David C Brezina | TITLE   Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served electronically per Order Docket 26 by electronic mail transmission to rasulselp22@mail.com and by publication on LinkedIn, on http://www.pattmcoprlaw.com/IPLegalNotices.htm and by LAW 360

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　November 13, 2020　　　s/ David C Brezina /s
　　　　　　　　　*Date*　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　Ladas & Parry LLP
　　　　　　　　　　　　　　　　　　　224 S Michigan Ave
　　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.