**EXHIBIT 1**

**Generated on:** This page was generated by TSDR on 2020-09-01 14:37:02 EDT

**Mark:** WAYNE FARMS



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85774698 | **Application Filing Date:** | Nov. 08, 2012 |
| **US Registration Number:** | 4371372 | **Registration Date:** | Jul. 23, 2013 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 8 declaration has been accepted.

**Status Date:** Sep. 25, 2019

**Publication Date:** May 07, 2013

# Mark Information

**Mark Literal Elements:** WAYNE FARMS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consist of the words "WAYNE FARMS", with a line above and below, and an image of a barn, silo and tree within a partial oval above the words.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "FARMS"

**Design Search Code(s):** 05.01.02 - Maple tree; Trees or bushes with a generally rounded shape, including deciduous trees
07.01.02 - Farmhouse
07.03.05 - Watermills; Windmills
26.01.03 - Incomplete circles (more than semi-circles); Circles, incomplete (more than semi-circles)
26.17.13 - Underlined words or letters; Overlined words or letters; Letters or words underlined and/or overlined by one or more strokes or lines

# Related Properties Information

**Claimed Ownership of US Registrations:** 0980466, 2257934, 3564644

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Poultry

**International Class(es):** 029 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 06, 2012      **Use in Commerce:** Nov. 06, 2012

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Wayne Farms LLC

**Owner Address:** 4110 Continental Drive
Oakwood, GEORGIA UNITED STATES 30566

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** David C. Brezina    **Docket Number:** 3T12646676

**Attorney Primary Email Address:** chiustm@ladas.net    **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** DAVID C. BREZINA
LADAS & PARRY LLP
Suite 1600
224 South Michigan Ave
CHICAGO, ILLINOIS UNITED STATES 60604

**Phone:** (312) 427-1300    **Fax:** (312) 427-6663

**Correspondent e-mail:** chiustm@ladas.net dbrezina@ladas.net dbrezina@rcn.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 25, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Sep. 25, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 70833 |
| Sep. 25, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70833 |
| Sep. 10, 2019 | TEAS SECTION 8 RECEIVED | |
| Jul. 23, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jun. 15, 2015 | NOTICE OF SUIT | |
| Jul. 23, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| May 07, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 07, 2013 | PUBLISHED FOR OPPOSITION | |
| Apr. 17, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 29, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77312 |
| Mar. 27, 2013 | ASSIGNED TO LIE | 77312 |
| Mar. 13, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 13, 2013 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 13, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 13, 2013 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 13, 2013 | EXAMINERS AMENDMENT -WRITTEN | 63031 |

| | | |
|---|---|---|
| Mar. 06, 2013 | ASSIGNED TO EXAMINER | 63031 |
| Nov. 22, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Nov. 21, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 12, 2012 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 110      **Date in Location:** Sep. 25, 2019

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 3      **Registrant:** Wayne Farms LLC

## Assignment 1 of 3

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 5102/0579      **Pages:** 9

**Date Recorded:** Sep. 03, 2013

**Supporting Documents:** assignment-tm-5102-0579.pdf

**Assignor**

**Name:** WAYNE FARMS LLC      **Execution Date:** Aug. 30, 2013

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT

**Legal Entity Type:** A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE      **State or Country Where Organized:** NETHERLANDS

**Address:** 245 PARK AVENUE
37TH FLOOR
NEW YORK, NEW YORK 10167

**Correspondent**

**Correspondent Name:** LASHANA C. JIMMAR

**Correspondent Address:** GREENBERG TRAURIG, LLP
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305

**Domestic Representative - Not Found**

## Assignment 2 of 3

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 5486/0067      **Pages:** 8

**Date Recorded:** Mar. 26, 2015

**Supporting Documents:** assignment-tm-5486-0067.pdf

**Assignor**

**Name:** WAYNE FARMS LLC      **Execution Date:** Mar. 26, 2015

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT

**Legal Entity Type:** NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE      **State or Country Where Organized:** NETHERLANDS

**Address:** 245 PARK AVENUE

NEW YORK, NEW YORK 10167

| Correspondent |
|---|
| **Correspondent Name:** LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |
| **Domestic Representative - Not Found** |

## Assignment 3 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 6478/0553 | **Pages:** | 8 |
| **Date Recorded:** | Nov. 08, 2018 | | |
| **Supporting Documents:** | assignment-tm-6478-0553.pdf | | |

| Assignor | | |
|---|---|---|
| **Name:** WAYNE FARMS LLC | **Execution Date:** | Nov. 08, 2018 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

| Assignee | | |
|---|---|---|
| **Name:** COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 | | |

| Correspondent |
|---|
| **Correspondent Name:** LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |
| **Domestic Representative - Not Found** |

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,371,372**

**Registered July 23, 2013**

WAYNE FARMS LLC (DELAWARE LIMITED LIABILITY COMPANY)
4110 CONTINENTAL DRIVE
OAKWOOD, GA 30566

**Int. Cl.: 29**

FOR: POULTRY, IN CLASS 29 (U.S. CL. 46).

**TRADEMARK**

FIRST USE 11-6-2012; IN COMMERCE 11-6-2012.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 980,466, 2,257,934, AND 3,564,644.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FARMS", APART FROM THE MARK AS SHOWN.

THE MARK CONSIST OF THE WORDS "WAYNE FARMS", WITH A LINE ABOVE AND BELOW, AND AN IMAGE OF A BARN, SILO AND TREE WITHIN A PARTIAL OVAL ABOVE THE WORDS.

SER. NO. 85-774,698, FILED 11-8-2012.

STEVEN R. FINE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.