**EXHIBIT 2**



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-09-01 14:38:16 EDT |
| **Mark:** | WAYNE FARMS |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86212615 | **Application Filing Date:** | Mar. 06, 2014 |
| **US Registration Number:** | 4683867 | **Registration Date:** | Feb. 10, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Feb. 10, 2015 | | |
| **Publication Date:** | Nov. 25, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | WAYNE FARMS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "WAYNE FARMS" with a line above and below, and an image of a barn, silo and tree within a partial oval above the words. A series of Chinese characters are centered below the line under "WAYNE FARMS". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "FARMS" |
| **Transliteration:** | The transliterations of the Chinese Characters in the mark are "Da, Wei, Kang, Di". These translate into English to mean "big, powerful, healthy, earth". |
| **Design Search Code(s):** | 05.01.01 - Evergreens and other trees or bushes of triangular or conical shape; Pine tree  07.01.02 - Farmhouse  07.03.04 - Barns; Silos; Stables  26.03.02 - Plain single line ovals; Ovals, plain single line  26.17.13 - Underlined words or letters; Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters  28.01.03 - Japanese and Chinese characters; Chinese characters; Japanese characters |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 0980466, 2257934, 4371372 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Poultry | | |
| **International** | 029 - Primary Class | **U.S Class(es):** | 046 |

| | |
|---:|:---|
| **Class(es):** | |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Feb. 06, 2014 |

| | |
|---:|:---|
| **Use in Commerce:** | Feb. 06, 2014 |

## Basis Information (Case Level)

| | | | |
|---:|:---|---:|:---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---:|:---|
| **Owner Name:** | Wayne Farms LLC |
| **Owner Address:** | 4110 Continental Drive<br>Oakwood, GEORGIA UNITED STATES 30566 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---:|:---|---:|:---|
| **Attorney Name:** | David Brezina | **Docket Number:** | 3T14658502 |
| **Attorney Primary Email Address:** | CHIUSTM@LADAS.NET | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---:|:---|
| **Correspondent Name/Address:** | DAVID BREZINA<br>LADAS & PARRY LLP<br>224 S MICHIGAN AVE STE 1600<br>CHICAGO, ILLINOIS UNITED STATES 60604-2508 |
| **Phone:** | 312 427 1300 |
| **Fax:** | 312 427 6663 |
| **Correspondent e-mail:** | CHIUSTM@LADAS.NET |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative

| | | | |
|---:|:---|---:|:---|
| **Domestic Representative Name:** | David Brezina | **Phone:** | 312 427 1300 |
| **Fax:** | 312 427 6663 | | |
| **Domestic Representative e-mail:** | CHIUSTM@LADAS.NET | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|:---|:---|---:|
| Feb. 10, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jun. 15, 2015 | NOTICE OF SUIT | |
| Feb. 10, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 23, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Oct. 23, 2014 | ASSIGNED TO LIE | 68552 |
| Oct. 02, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | | |
|---|---|---|
| Oct. 01, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 01, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 01, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 31, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 31, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| May 31, 2014 | NON-FINAL ACTION WRITTEN | 76725 |
| May 21, 2014 | ASSIGNED TO EXAMINER | 76725 |
| Mar. 20, 2014 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Mar. 19, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 10, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION  **Date in Location:** Feb. 10, 2015

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2  **Registrant:** Wayne Farms LLC

### Assignment 1 of 2

**Conveyance:** SECURITY INTEREST
**Reel/Frame:** 5486/0067  **Pages:** 8
**Date Recorded:** Mar. 26, 2015
**Supporting Documents:** assignment-tm-5486-0067.pdf

**Assignor**

**Name:** WAYNE FARMS LLC  **Execution Date:** Mar. 26, 2015
**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT
**Legal Entity Type:** NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE  **State or Country Where Organized:** NETHERLANDS
**Address:** 245 PARK AVENUE
NEW YORK, NEW YORK 10167

**Correspondent**

**Correspondent Name:** LASHANA C. JIMMAR, PARALEGAL
**Correspondent Address:** GREENBERG TRAURIG, LLP
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305

**Domestic Representative - Not Found**

### Assignment 2 of 2

**Conveyance:** SECURITY INTEREST
**Reel/Frame:** 6478/0553  **Pages:** 8
**Date Recorded:** Nov. 08, 2018
**Supporting Documents:** assignment-tm-6478-0553.pdf

**Assignor**

**Name:** WAYNE FARMS LLC  **Execution Date:** Nov. 08, 2018
**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country Where Organized:** DELAWARE

| | Assignee | | |
|---|---|---|---|
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 | | |
| | **Correspondent** | | |
| **Correspondent Name:** | LASHANA C. JIMMAR, PARALEGAL | | |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 | | |
| | **Domestic Representative - Not Found** | | |

# United States of America
### United States Patent and Trademark Office



大威康地

**Reg. No. 4,683,867**  
**Registered Feb. 10, 2015**  
**Int. Cl.: 29**

**TRADEMARK**

**PRINCIPAL REGISTER**

WAYNE FARMS LLC (DELAWARE LIMITED LIABILITY COMPANY)  
4110 CONTINENTAL DRIVE  
OAKWOOD, GA 30566

FOR: POULTRY, IN CLASS 29 (U.S. CL. 46).

FIRST USE 2-6-2014; IN COMMERCE 2-6-2014.

OWNER OF U.S. REG. NOS. 980,466, 2,257,934, AND 4,371,372.

THE TRANSLITERATIONS OF THE CHINESE CHARACTERS IN THE MARK ARE "DA, WEI, KANG, DI". THESE TRANSLATE INTO ENGLISH TO MEAN "BIG, POWERFUL, HEALTHY, EARTH".

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FARMS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "WAYNE FARMS" WITH A LINE ABOVE AND BELOW, AND AN IMAGE OF A BARN, SILO AND TREE WITHIN A PARTIAL OVAL ABOVE THE WORDS. A SERIES OF CHINESE CHARACTERS ARE CENTERED BELOW THE LINE UNDER "WAYNE FARMS".

SER. NO. 86-212,615, FILED 3-6-2014.

VERNA BETH RIRIE, EXAMINING ATTORNEY

**Deputy Director of the United States**  
**Patent and Trademark Office**

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.