**EXHIBIT 3**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-09-01 14:44:04 EDT |
| **Mark:** | WAYNE FARMS |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 72456414 | **Application Filing Date:** | May 03, 1973 |
| **US Registration Number:** | 980466 | **Registration Date:** | Mar. 12, 1974 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Mar. 17, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | WAYNE FARMS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 0241385, 0822459 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | [FRESH DRESSED AND FROZEN TURKEYS,] FRESH DRESSED AND FROZEN CHICKENS [, AND FRESH EGGS] | | |
| **International Class(es):** | 001, 005, 029, 030, 031, 032 | **U.S Class(es):** | 046 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 20, 1965 | **Use in Commerce:** | Aug. 20, 1965 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** WAYNE FARMS LLC
**Owner Address:** 4110 CONTIENTAL DRIVE
OAKWOOD, GEORGIA UNITED STATES 30566
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** David C Brezina
**Docket Number:** 4T09613943
**Attorney Primary Email Address:** chiustm@ladas.net
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** David C Brezina
Ladas & Parry LLP
224 South Michigan Ave
Suite 1600
Chicago, ILLINOIS UNITED STATES 60604

**Phone:** 312.427.1300
**Fax:** 312.427.6663
**Correspondent e-mail:** chiustm@ladas.net dbrezina@ladas.net
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 15, 2015 | NOTICE OF SUIT | |
| Mar. 17, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 17, 2014 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | 66607 |
| Mar. 17, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Mar. 12, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 66607 |
| Mar. 12, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 12, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 22, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 22, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 22, 2008 | CASE FILE IN TICRS | |
| Jan. 10, 2004 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 10, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 22, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 22, 2003 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 16, 1994 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 07, 1994 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Aug. 28, 1979 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**
**Current Location:** GENERIC WEB UPDATE
**Date in Location:** Mar. 17, 2014

## Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| **Total Assignments:** 8 | **Registrant:** ALLIED MILLS, INC. |

### Assignment 1 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0257/0627 | **Pages:** | 6 |
| **Date Recorded:** | Sep. 16, 1974 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ALLIED MILLS, INC. | **Execution Date:** | Sep. 10, 1974 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | INDIANA |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | ALLIED MILLS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 110 NORTH WACKER DRIVE<br>CHICAGO, ILLINOIS 60606 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COFFEE & SWEENEY |
| **Correspondent Address:** | TWENTY NORTH WACKER DRIVE<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

### Assignment 2 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0407/0411 | **Pages:** | 5 |
| **Date Recorded:** | Jan. 13, 1982 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ALLIED MILLS, INC. | **Execution Date:** | Jul. 14, 1981 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | CONTINENTAL GRAIN COMPANY | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 277 PARK AVE.<br>NEW YORK, NEW YORK 10172 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CONTINENTAL GRAIN COMPANY |
| **Correspondent Address:** | 10 SOUTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

### Assignment 3 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 1986/0170 | **Pages:** | 14 |
| **Date Recorded:** | Nov. 01, 1999 | | |
| **Supporting Documents:** | assignment-tm-1986-0170.pdf | | |

|  | Assignor |  |  |
|---|---|---|---|
| **Name:** | CONTINENTAL GRAIN COMPANY | **Execution Date:** | Aug. 01, 1999 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

|  | Assignee |  |  |
|---|---|---|---|
| **Name:** | CONTIGROUP COMPANIES, INC. |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 340 JESSE JEWELL PARKWAY GAINSVILLE, GEORGIA 30501 |  |  |

**Correspondent**

| **Correspondent Name:** | LEE, MANN, SMITH ET AL |
|---|---|
| **Correspondent Address:** | JAMES R. SWEENEY P.O. BOX 2786 CHICAGO, ILLINOIS 60690-2786 |

**Domestic Representative - Not Found**

## Assignment 4 of 8

| **Conveyance:** | SECURITY INTEREST |  |  |
|---|---|---|---|
| **Reel/Frame:** | 2163/0535 | **Pages:** | 9 |
| **Date Recorded:** | Sep. 13, 2000 |  |  |
| **Supporting Documents:** | assignment-tm-2163-0535.pdf |  |  |

|  | Assignor |  |  |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Apr. 28, 2000 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANIES | **State or Country Where Organized:** | DELAWARE |

|  | Assignee |  |  |
|---|---|---|---|
| **Name:** | COOPERATIEVE CENTRALE RAIFFEISEN - BOERENLEENBANK B.A., NEW YORK BRANCH |  |  |
| **Legal Entity Type:** | COOPERATIVE BANKING ORGANIZATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | 245 PARK AVENUE NEW YORK, NEW YORK 10167 |  |  |

**Correspondent**

| **Correspondent Name:** | JENKENS & GILCHRIST, P.C. |
|---|---|
| **Correspondent Address:** | ANDRE M. SZUWALSKI 1445 ROSS AVENUE, SUITE 3200 DALLAS, TX 75202-2799 |

**Domestic Representative - Not Found**

## Assignment 5 of 8

| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |  |  |
|---|---|---|---|
| **Reel/Frame:** | 2163/0499 | **Pages:** | 5 |
| **Date Recorded:** | Sep. 13, 2000 |  |  |
| **Supporting Documents:** | assignment-tm-2163-0499.pdf |  |  |

|  | Assignor |  |  |
|---|---|---|---|
| **Name:** | CONTIGROUP COMPANIES, INC. | **Execution Date:** | May 04, 2000 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

|  | Assignee |  |  |
|---|---|---|---|
| **Name:** | WAYNE FARMS, LLC |  |  |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

| | |
|---|---|
| **Address:** | 340 JESSE JEWELL PARKWAY, SUITE 200<br>GAINESVILLE, GEORGIA 30501 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | JENKENS & GILCHRIST, P.C. |
| **Correspondent Address:** | ANDRE M. SZUWALSKI<br>1445 ROSS AVENUE, STE. 3200<br>DALLAS, TX 75202-2799 |

**Domestic Representative - Not Found**

## Assignment 6 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5102/0579 | **Pages:** | 9 |
| **Date Recorded:** | Sep. 03, 2013 | | |
| **Supporting Documents:** | assignment-tm-5102-0579.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Aug. 30, 2013 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>37TH FLOOR<br>NEW YORK, NEW YORK 10167 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

## Assignment 7 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5486/0067 | **Pages:** | 8 |
| **Date Recorded:** | Mar. 26, 2015 | | |
| **Supporting Documents:** | assignment-tm-5486-0067.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Mar. 26, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

### Assignment 8 of 8

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 6478/0553 |
| **Pages:** | 8 |
| **Date Recorded:** | Nov. 08, 2018 |
| **Supporting Documents:** | assignment-tm-6478-0553.pdf |

**Assignor**

| | |
|---|---|
| **Name:** | WAYNE FARMS LLC |
| **Execution Date:** | Nov. 08, 2018 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH, AS ADMINISTRATIVE AGENT |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE |
| **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

# United States Patent Office

980,466
Registered Mar. 12, 1974

## PRINCIPAL REGISTER
### Trademark

Ser. No. 456,414, filed May 3, 1973

## WAYNE FARMS

Allied Mills, Inc. (Indiana corporation)
110 N. Wacker Drive
Chicago, Ill. 60606

For: FRESH DRESSED AND FROZEN TURKEYS, FRESH DRESSED AND FROZEN CHICKENS, AND FRESH EGGS, in CLASS 46 (INT. CL. 29).
First use Aug. 20, 1965; in commerce Aug. 20, 1965.
Owner of Reg. Nos. 241,385, 822,459, and others.