**EXHIBIT 14**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-160-962**
**Effective Date of Registration:**
April 29, 2015

## Title
    **Title of Work:** Wayne Farms 2015 Website

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** April 01, 2015
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Wayne Farms LLC
    **Author Created:** text, photograph(s), computer program, artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Wayne Farms LLC
    4110 Continental Drive, Oakwood, GA, 30566, United States

## Limitation of copyright claim
    **Material excluded from this claim:** Previous version
    **New material included in claim:** new and revised text

## Certification
    **Name:** David C Brezina
    **Date:** April 29, 2015
    **Applicant's Tracking Number:** C15670021

    **Correspondence:** Yes

Case: 1:20-cv-05191 Document #: 32-5 Filed: 12/10/20 Page 3 of 3 PageID #:332

**Registration #:** TX0008160962
**Service Request #:** 1-2346047561

Ladas & Parry LLP
David C Brezina
224 S Michigan Ave
Suite 1600
Chicago, IL 60604 United States