**EXHIBIT 6**

**[PRIVILEGED INFORMATION ONLY REDACTED]**

**From:** █████
**To:** Brezina, David
**Subject:** ████████████████
**Date:** Tuesday, August 11, 2020 2:34:56 PM
**Attachments:** █████
**Importance:** High

████████████████████████████████

█████████
**Vice President and General Counsel**
**Wayne Farms LLC**
*4110 Continental Dr.*
*Oakwood, GA 30566*
█████████
█████████
█████████
█████████████

**From:** Gomez, Pat <Pat.Gomez@waynefarms.com>
**Sent:** Tuesday, August 11, 2020 3:14 PM
**To:** █████████████████@waynefarms.com>
**Subject:** FW: |EXTERNAL:| - Website Contact from ermira bacaj
**Importance:** High

████████████████████████████████
████████████████████

Let me know.

Thank you.

Pat Gomez
Senior Sales Manager
Foodservice
Wayne Farms LLC
602-738-5682

**WAYNE FARMS**
TOGETHER, WE MAKE CHICKEN AMAZING.

**NAKED TRUTH**
PREMIUM CHICKEN

**From:** Castle, Lori
**Sent:** Tuesday, August 11, 2020 11:57 AM
**To:** Gomez, Pat <Pat.Gomez@waynefarms.com>
**Subject:** Fwd: [EXTERNAL:] - Website Contact from ermira bacaj

Lori Castle
Wayne Farms LLC
4110 Continental Drive Oakwood, GA 30566
(O) 678-450-3142 (C) 770-540-4734

Begin forwarded message:

> **From:** Wayne Farms Website <customercare@waynefarms.com>
> **Date:** August 11, 2020 at 2:24:34 PM EDT
> **To:** Customer Care <WFCustomerCare@WayneFarms.com>
> **Subject: [EXTERNAL:] - Website Contact from ermira bacaj**
>
> [THIS EMAIL HAS BEEN RECEIVED FROM AN EXTERNAL SENDER]
>
> The following contact form has been received on the website:
>
> **First Name:** ermira
> **Last Name:** bacaj
> **Email Address:** ermira.bacaj@hotmail.com
> **Phone Number:** 00393886332221
> **Company** Ermi Food
> **Street 1** Italy
> **Street 2**
> **City** Reggio Emilia
> **State** Italy
> **ZIP** 42123
> **INTEREST**
> Fresh -WAYNE FARMS® CHICKEN, PLATINUM HARVEST® PREMIUM FRESH CHICKEN, NAKED TRUTH® PREMIUM CHICKEN, LADYBIRD™ PREMIUM CHICKEN
> Prepared -
>
> **Add to Mail List**
> **Question/Comment** Hello . I call Ermira Bacaj , Import Export Manager /Broker at Italy for frozen meat products . I have do a order with a your collegue Patrick Gomez for 2 containers frozen chicken fillet , destination of goods ; Albania . But i think is a fraud , because is all the day that i am asking to him to send me signed order from your company ( becauase want 30 % prepayment ) , and he send me the order with the signe that had took from a other documents - see that he do copy-paste ..... Please , is urgent , I need to know if at your company you have recived the order for 2 containers frozen chicken fillet with destination Albania , and if this person Patrick Gomez ,which send offers with your EIN number and

your address and your Register number , with this email : Patrick Gomez Wayne Farms , and this phone number +1 (204) 813-6903 work for your company . Please , is urgent . please , call me at phone /whatsapp : 0039 3886332221 . Thank you very much .