**EXHIBIT 7**

**[PRIVILEGED INFORMATION ONLY REDACTED]**

**From:** ▓▓▓▓▓▓
**To:** Brezina, David
**Subject:** FW: [EXTERNAL:] - FW: Evia Foods
**Date:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓

*Vice President and General Counsel*

**Wayne Farms LLC**

*4110 Continental Dr.*
*Oakwood, GA 30566*

▓▓▓▓▓▓▓
▓▓▓▓▓▓▓
▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Glover, Anita <Anita.Glover@waynefarms.com>
**Sent:** Monday, August 17, 2020 11:57 AM
**To:** Legal Group <LegalGroup@waynefarms.com>
**Cc:** Piper, Andrew <Andrew.Piper@waynefarms.com>; Keene, Randy <Randy.Keene@WayneFarms.com>; Clever, Steve <Steve.Clever@waynefarms.com>; Helpdesk <HelpDesk@waynefarms.com>
**Subject:** FW: |EXTERNAL:| - FW: Evia Foods

▓▓▓▓▓▓▓▓▓▓▓▓▓ Mr. Cortez, with EVIA Foods, is claiming to have rec'd a "quote" from patrickwaynefarms@consultant.com

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓

Anita Glover
Fresh Sales
Account Manager
678~450~3147
678~450~3238 FAX



WAYNE FARMS™
TOGETHER, WE MAKE CHICKEN AMAZING.

**From:** CORTEZ Jose <jac@EVIAFOODS.COM>
**Sent:** Monday, August 17, 2020 11:52 AM
**To:** Glover, Anita <Anita.Glover@waynefarms.com>
**Subject:** [EXTERNAL:] - FW: Evia Foods

[THIS EMAIL HAS BEEN RECEIVED FROM AN EXTERNAL SENDER]

**De:** CORTEZ Jose <jac@EVIAFOODS.COM>
**Data:** segunda-feira, 17 de agosto de 2020 11:50
**Para:** "andrew.piper@waynefarms.com" <andrew.piper@waynefarms.com>
**Assunto:** FW: Evia Foods

Hello Andrew, how are you?

I received the below offers from Patrick Gomez. I Just want to make sure that these offers are valid.

Many thanks

Jose Cortez

**De:** "patrickwaynefarms@consultant.com" <patrickwaynefarms@consultant.com>
**Data:** sexta-feira, 14 de agosto de 2020 09:40
**Para:** CORTEZ Jose <jac@EVIAFOODS.COM>
**Assunto:** Re: Evia Foods

Hello Evia,

We are leading expert in all Frozen Foods Chicken parts such as Chicken wings,Chicken Feet,Chicken paw etc....

All shipments of our products to the ports of delivery are quality inspected with a complete custom approval policy for all goods on board insured and covered with an insurance policy.

1) Whole Chicken
Average Weight: 800-2200 grams
Packaging: 10 Kg Carton
PayLoad: 27 MT/ 40' container
No. of Packages: 2700 / 40' container

$1,800 (27MT/MOQ)

2)Frozen Chicken Paw
Average Weight: 40-50 grams
Packaging: 15 Kg Carton
PayLoad: 27 MT/ 40' container
$1,600 (75MT/MOQ)

3) Frozen Chicken Feet
Average Weight: 35-55 grams
Packaging: 20 Kg Carton
PayLoad: 27 MT/ 40' container
 $1,600 (81MT/MOQ)

4) Frozen Chicken  Wing
Average Weight: 80-130 grams
Packaging: 20 Kg Carton
PayLoad: 27 MT/ 40' container
$1,700(27MT/MOQ)

5) Frozen Chicken  Wing Tips
Average Weight: 30-50 grams
Packaging: 20 Kg Carton
PayLoad: 27 MT/ 40' container
$1,550 (81MT/MOQ)

6)Frozen Chicken MJW
Average Weight: 80-130 grams
Packaging: 15 Kg Carton
PayLoad: 27 MT/ 40' container
$1,700 (27MT/MOQ)

7)  Frozen bonless Chicken Breast
Packaging: 15 Kg Carton
PayLoad: 27 MT/ 40' container
$1,650 (81MT/MOQ)

Other Cuts:

Chicken Thigh

Boneless Chicken Leg

Chicken Gizzard.


Slaughter house in Georgia,USA


Loading Port : Port Savannah


Payment : T/T ( 30% advance and 70% balance at port of destination with all documents)


Plant number : P445,P1317,P519,P912,P170


Thanks

Patrick Gomez(Export Manager )

Wayne Farms LLC

Call or text : +1 323 486 5804

WhatsApp : +1 (204) 813-6903


On 14/08/2020 at 2:30 PM, CORTEZ Jose wrote:

From: "CORTEZ Jose" <jac@EVIAFOODS.COM>
Date: 14 August 2020
To: "patrickwaynefarms@consultant.com" <patrickwaynefarms@consultant.com>
Cc:
Subject: Evia Foods
Hello Patrick how are you?


I received your message on the Linkedin. We are a trading company and we work with chicken cuts mainly to Africa and Vietnam. Please send us your offers.


Many thanks


Jose Cortez
**EVIA FOODS SAS LLC**
9100 Conroy Windermere Rd suite 290,

Windermere, FL 34786 - USA
Phone: +1 407 720 6688
Mob: +1 954 205 4578
Skype: cortez_angliss
email: jac@eviafoods.com.br
www.eviafoods.com

