**EXHIBIT 8**





