**EXHIBIT 9**





Tell us a little more                                        ✕

⚪ I think this profile violates Terms of Use

⚪ I think this person does not represent a real individual

🔘 I think this person is impersonating someone

⚪ I'm concerned this person may be suicidal
   Ex: someone threatens to harm themselves

⚪ I think it shows or promotes extreme violence or terrorism
   Ex: torture, rape or abuse, terrorist acts, or recruitment for terrorism

                                          Back      Submit



Thank you for reporting this                                ✕

We appreciate you letting us know. For more info, visit our Help
Center.



