**EXHIBIT 10**

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | [EXTERNAL:] - Fwd: Chicken Offer from Wayne Farms LLC |
| **Date:** | Friday, August 21, 2020 12:56:24 PM |
| **Attachments:** | WAYNE FARMS LLC DATA SHEET.pdf |

---------- Forwarded message ---------
From: **Patrick Gomez** <patrickwaynefarms@outlook.com>
Date: Thu, Aug 20, 2020 at 7:00 PM
Subject: Chicken Offer from Wayne Farms LLC
To

Hello Mary,

We are leading expert in all Frozen Foods Chicken parts such as Chicken wings,Chicken Feet,Chicken paw etc....

All shipments of our products to the ports of delivery are quality inspected with a complete custom approval policy for all goods on board insured and covered with an insurance policy.

1) Whole Chicken
Average Weight: 800-2200 grams
Packaging: 10 Kg Carton
PayLoad: 27 MT/ 40' container
No. of Packages: 2700 / 40' container
$1,800 (27MT/MOQ)

2)Frozen Chicken Paw
Average Weight: 30-50 grams
Packaging: 15 Kg Carton
PayLoad: 27 MT/ 40' container
$1,600 (75MT/MOQ)

3) Frozen Chicken Feet
Average Weight: 35-55 grams
Packaging: 20 Kg Carton

PayLoad: 27 MT/ 40' container
$1,600 (81MT/MOQ)

4) Frozen Chicken  Wing
Average Weight: 30-55 grams
Packaging: 20 Kg Carton
PayLoad: 27 MT/ 40' container
$1,700(27MT/MOQ)

5) Frozen Chicken  Wing Tips
Average Weight: 30-50 grams
Packaging: 20 Kg Carton
PayLoad: 27 MT/ 40' container
$1,550 (81MT/MOQ)

6)Frozen Chicken MJW
Average Weight: 35-55 grams
Packaging: 15 Kg Carton
PayLoad: 27 MT/ 40' container
$1,700 (27MT/MOQ)

7)  Frozen bonless Chicken Breast
Packaging: 15 Kg Carton
PayLoad: 27 MT/ 40' container
$1,650 (81MT/MOQ)

8)Fresh Egg (white and brown)
30 eggs laid on paper pulp moulded trays.
'12' trays packed in – '5' ply strong export cartons
360 – eggs per carton box
1312 – carton box per 40ft – Reefer container
472, 320, – eggs per 40ft Reefer container
$13,120 (40feet container)

9)Frozen Drumstick
Package 15kg
Payload :27MT/40'feet container
$1,450 (81MT/MOQ)

10)Frozen Chicken Leg Quarter
Package 15kg
Payload :27MT/40'feet container
$1,600 (81MT/MOQ)

Other Cuts:
Chicken Thigh
Bonesless Chicken Leg

Chicken Gizzard.

Slaughter house in Georgia,USA

Loading Port : Port Savannah

Payment : T/T ( 30% advance and 70% balance at port of destination with all documents)

Plant number : P445,P1317,P519,P912,P170

Thanks
Patrick Gomez(Export Manager )
Wayne Farms LLC
Call or text : +1 323 486 5804
WhatsApp : +1 (204) 813-6903

--
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

--
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

--

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.



**WAYNE FARMS LLC USA**

**PRODUCTS DESCRIPTION**

CHICKEN MJW

CHICKEN PAW

CHICKEN FEET

WHOLE CHICKEN

CHICKEN BREAST (BONELESS)

FRESH EGG (BROWN AND WHITE)

**PRODUCTS FEATURES**

| | | |
|---|---|---|
| MID JOINT WING | GRADE 'A'IQF | 2400 Cases per container |
| CHICKEN PAW | GRADE 'A'IQF | 2400 Cases per container |
| CHICKEN FEET | GRADE 'A'IQF | 2400 Cases per container |
| CHICKEN BREAST | GRADE 'A'IQF | 2400 Cases per container |
| FRESH EGG | BROWN/WHITE | 1312 Carton box per 40'feet |

**BOX LABEL**



**PRODUCTS PHOTOS**











**CASES**





