**EXHIBIT 11**

**(REDACTED)**

