**EXHIBIT 12**

**(REDACTED)**

