**EXHIBIT 13**

**From:** ▓▓▓▓▓▓▓▓▓▓
**To:** Brezina, David
**Subject:** FW: [EXTERNAL:] - Patrick Gomez Linkedin?
**Date:** Monday, August 31, 2020 2:35:16 PM

▓▓▓▓▓▓▓▓▓▓▓▓

**Vice President and General Counsel**
**Wayne Farms LLC**
4110 Continental Dr.
Oakwood, GA 30566

▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Bohlen, Chris <Chris.Bohlen@waynefarms.com>
**Sent:** Monday, August 31, 2020 3:19 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@waynefarms.com>
**Cc:** Gomez, Pat <Pat.Gomez@waynefarms.com>; Piper, Andrew <Andrew.Piper@waynefarms.com>
**Subject:** FW: [EXTERNAL:] - Patrick Gomez Linkedin?

▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ our customers, ▓▓▓ one sent us his message.

Chris Bohlen
Senior Sales Manager
Cell 303-519-3079

"I have not failed. I've just found 10,000 ways that won't work."
Thomas A. Edison

**From:** Ibrahim Abed [mailto:ibrahim.abed@crescentfoods.com]
**Sent:** Monday, August 31, 2020 1:14 PM
**To:** Bohlen, Chris <Chris.Bohlen@waynefarms.com>; Martin, Matt <Matt.Martin@waynefarms.com>
**Subject:** [EXTERNAL:] - Patrick Gomez Linkedin?

[THIS EMAIL HAS BEEN RECEIVED FROM AN EXTERNAL SENDER]
Gentleman,

I received this message from this person claiming to be from Wayne Farms, but his email and info seemed phishy so I want to ask if you know this.

I know Pat Gomez that lives in AZ that works on the FP side, but he does not look like this guy.

Regards,



**Ibrahim Abed**
Vice President
D: (773) 565-0141
O: (630) 528-3220
F: (773) 247-6199
www.crescentfoods.com
www.shopcrescentfoods.com



