IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE FARMS LLC | ) | Civil Action No.: 20-5191 |
| | ) | |
| Plaintiff, | ) | Judge Feinerman |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| JOHN DOE, A/KA GRACIE, HENDERSON, A/K/A FRANK L ANNESE and LINKEDIN CORPORATION | ) ) ) ) | |
| Defendants | | |

### DECLARATION OF DAVID C BREZINA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

My name is David C. Brezina and Exhibits 15, 16, 17, 18, 19, 20, 21, 22, 23, 24 and 25 are true and correct copies of the documents shown, which were transmitted, received, signed or saved on the dates shown.

The undersigned, pursuant to Rule 11, and also being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, declares that the statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Respectfully submitted,

Date: December 10, 2020

*David C. Brezina*

David C. Brezina (ID3121581)
Attorneys for Plaintiff, Wayne Farms LLC

Ladas & Parry LLP
David C. Brezina
Boris Umansky
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net

1