**EXHIBIT 16**



> Hello Patrick: I represent Wayne Farms. Legal papers were filed and a court prohibited you from using a fake profile and taking orders – and deposits on orders – using Wayne Farms trademarks.
>
> Free copies of the public documents are available on https://www.courtlistener.com/docket/18476666/wayne-farms-llc-v-john-doe/



(204) 813-5903

> For a copy of the Court Order, the Temporary Restraining Order itself is at:
>
> https://www.courtlistener.com/recap/gov.uscourts.ilnd.385677/gov.uscourts.ilnd.385677.14.0.pdf
>
> Please Reply to this text so I know you have seen it. My email is dbrezina@ladas.net Let's see if we can settle.
> David C Brezina





Hello Patrick: I represent Wayne Farms. Legal papers were filed and a court prohibited you from using a fake profile and taking orders – and deposits on orders – using Wayne Farms trademarks.

Free copies of the public documents are available on https://www.courtlistener.com/docket/18476666/wayne-farms-llc-v-john-doe/



For a copy of the Court Order, the Temporary Restraining Order itself is at:

https://www.courtlistener.com/recap/gov.uscourts.ilnd.385677/gov.uscourts.ilnd.385677.14.0.pdf

Please Reply to this text so I know you have seen it. My email is dbrezina@ladas.net Let's see if we can settle.
David C Brezina

12:26 PM ⟨•⟩ ☾ 38° ◙ ⏰ 📶 4G 📶 🔋 90%

← (204) 813-5903 📞 ⋮

Let's see if we can settle.
David C Brezina

Sep 25, 6:11 PM

Case: 1:20-cv-05191 Document #: 17 Filed: 09/28/20 Page 1 of 1 PageID #:166

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Wayne Farms LLC
            Plaintiff,
v.                           Case No.: 1:20-cv-05191
                                 Honorable Gary Feinerman
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 28, 2020:

    MINUTE entry before the Honorable Gary Feinerman:Motion for preliminary injunction or to extend TRO [16] is entered and continued to 10/1/2020 at 9:15 a.m. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Plaintiff shall electronically and expeditiously serve a copy of this order on Defendants. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Hi Patrick (or Gracie)
Please call me

Type a message ▷

(204) 813-5903

> This docket entry was made by the Clerk on Monday, September 28, 2020.
>
> MINUTE entry before the Honorable Gary Feinerman:Motion for preliminary injunction or to extend TRO [16] is entered and continued to 10/1/2020 at 9:15 a.m. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Plaintiff shall electronically and expeditiously serve a copy of this order on Defendants. Mailed notice.(jlj, )
>
> **ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.
>
> For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov.

Hi Patrick (or Gracie)
Please call me at 312 308-2532 or email me at dbrezina@ladas.net. I want to be sure you are following this matter.
Dave

Oct 12, 3:56 PM