**EXHIBIT 17**

| | |
|---|---|
| **From:** | Brezina, David |
| **To:** | "Patrick Gomez"; "patrickwaynefarms@consultant.com"; "godsonnguyen101@gmail.com"; "butcherspride.frozenfoods@gmail.com" |
| **Bcc:** | David Brezina |
| **Subject:** | Activity in Case 20-cv-05191 Wayne Farms LLC v John Doe Our File C220735030 |
| **Date:** | Monday, October 12, 2020 7:12:00 PM |
| **Attachments:** | 19-1.pdf |
| | 19-main.pdf |
| | Docket 18 Extend TRO and Set Status.pdf |

Good Day, Patrick (or Gracie, or Nguyen)

I texted you a couple of times and sent at least one email.
You really need to get back to me so we can resolve this case.
If you have some defenses to offer, you can do so when the Judge schedules this to be heard.
There is already scheduled a Status Conference for October 15, 2020 at 09:15 Central Time. I texted that to you.

David C Brezina
Registered Patent Attorney
Member, Trial Bar, USDC Northen District of Illinois
Ladas & Parry LLP
224 South Michigan Avenue
Suite 1600
Chicago, Illinois 60604
312 427-1300
312 408-2532 (direct)

The sender does not provide any tax advice, therefore this cannot be reliance opinion.
This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by email or telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication.