**EXHIBIT 18**

| | |
|---|---|
| **From:** | Brezina, David |
| **To:** | "patrickwaynefarms@consultant.com"; "patrickwaynefarms@outlook.com"; "godsonnguyen101@gmail.com"; "butcherspride.frozenfoods@gmail.com" |
| **Bcc:** | David Brezina |
| **Subject:** | Case 1:20-cv-05191 Wayne Farms LLC v John Doe et al |
| **Date:** | Monday, October 26, 2020 4:08:00 PM |
| **Attachments:** | 22704380-0--6980.pdf<br>22704352-0--5719.pdf |

Good Day, Patrick/Gracie/Frank:

Now that we have your other names, we added them in an Amended Complaint.

Please see the attached documents.

They are also available for free at:  https://www.courtlistener.com/docket/18476666/wayne-farms-llc-v-john-doe/

Dave Brezina
312 408-2532 (direct)
312 259-5326 (mobile)

The sender does not provide any tax advice, therefore this cannot be reliance opinion.
This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by email or telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication.