**EXHIBIT 21**

