**EXHIBIT 22**

### Intellectual Property Legal Notices

Please take notice that the following lawsuit is pending in US District Court

Named Parties Are Required to Respond to the Summons and Complaint

United States District Court
Northern District of Illinois
CIVIL DOCKET FOR CASE #: 1:20-cv-05191

Wayne Farms LLC v John Doe et al
Assigned to: Honorable Gary Feinerman
Cause: 15:1127 Trademark Infringement

Date Filed: 09/02/2020
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

| Date | No. | Description |
|------|-----|-------------|
| 09/02/2020 | 1 | COMPLAINT filed by Wayne Farms LLC; Filing fee $ 400, receipt number 0752-17389208. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhbit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(Brezina, David) (Entered: 09/02/2020) |
| 10/15/2020 | 22 | MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiff's motion for preliminary injunction 19 is granted. Plaintiff shall submit a proposed order to the proposed order email box. Status hearing set for 12/4/2020 at 9:15 a.m. Attorneys/Parties should appear for the 12/4/2020 hearing by calling the Toll-Free Number: (877) 336-1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, ) (Entered: 10/16/2020) |
| 10/26/2020 | 23 | AMENDED complaint by Wayne Farms LLC against All Parties (Brezina, David) (Entered: 10/26/2020) |
| 11/02/2020 | 27 | PRELIMINARY INJUNCTION Order Signed by the Honorable Gary Feinerman on 11/2/2020.Mailed notice.(jlj, ) (Entered: 11/02/2020) |

For Complete Docket See (account required): https://ecf.ilnd.uscourts.gov/cgi-bin/DktRpt.pl?351315269206309-L_1_0-1

For Further Information Contact:

David C. Brezina
Ladas & Parry LLP
224 South Michigan Avenue
Suite 1600
Chicago, Illinois 60604
Tel. (312) 427-1300
Fax. (312) 427-6663
dbrezina@ladas.net

Copyright 2020 David C. Brezina All rights reserved.