**EXHIBIT 23**

| | |
|---|---|
| From: | Brezina, David |
| To: | "patrickwaynefarms@outlook.com"; "patrickwaynefarms@consultant.com"; "godsonnguyen101@gmail.com"; "butcherspride.frozenfoods@gmail.com"; "Gracie Henderson (rasulselp22@mail.com)" |
| Cc: | Umansky, Boris; Robbins, Carolyn |
| Bcc: | "Dave Brezina" |
| Subject: | RE: Activity in Case 1:20-cv-05191 Wayne Farms LLC v John Doe et al Summons and Amended Complaint |
| Date: | Thursday, November 12, 2020 3:05:00 PM |
| Attachments: | Alias_Summons_Frank_Annese_(002)_stamped_115202082950.pdf<br>Alias_Summons_Gracie_Henderson_(003)_stamped_115202083019.pdf<br>Binder1.pdf |

Good Day, Patrick/Gracie/Frank:

Please see attached Summons about the lawsuit.
For additional information see http://www.pattmcoprlaw.com/IPLegalNotices.htm
It's also on LinkedIn.
There's a deadline for you to respond.
Please give me a call.


David C Brezina
Registered Patent Attorney
Member, Trial Bar, USDC Northen District of Illinois
Ladas & Parry LLP
224 South Michigan Avenue
Suite 1600
Chicago, Illinois 60604
312 427-1300
312 408-2532 (direct)

The sender does not provide any tax advice, therefore this cannot be reliance opinion.
This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by email or telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication.