**EXHIBIT 24**

## ASSIGNMENT AND POWER OF ATTORNEY

The undersigned hereby assigns to Wayne Farms LLC, 4110 Continental Dr., Oakwood, GA 30566 all my personal claims that may arise out of right of privacy, right of publicity, defamation, false light, false identification, fraud, computer fraud and false designation of origin and all other claims arising out of or related to false profiles posted on LinkedIn by an individual, individuals or organizations currently unknown to me, to take such action as they may, in their sole discretion, see fit. This assignment is to be interpreted to the maximum extent to permit enforcement of said personal rights to address third party misuse in a mode or manner that wrongfully solicits business by wrongfully naming Wayne Farms LLC.

I agree to cooperate in prosecution of any and all applications, legal actions, administrative actions and business transactions seeking any remedy for breach or and enforcement of the above mentioned assigned rights.

To the extent needed to perfect and enforce the aforementioned rights, I hereby appoint the law firm of LADAS & PARRY LLP, 224 S Michigan Ave., Suite 1600, Chicago, IL 60604, including attorneys: David C. Brezina, Burton S. Ehrlich., Richard J. Streit, Boris Umansky and Kevin Thompson to prosecute any application, to transact all business in the United States Patent and Trademark Office ("USPTO") or any state agencies or subdivisions in connection therewith, and to receive registration renewal notices and any related documentation therefor.

Respectfully submitted,

Name: Patrick J Gomez
Title: Senior Sales Manager
Address: 3689 N. Cargitt Wash
Tucson AZ 85745
Phone: 602-738-5082
Date: 8/26/2020