**EXHIBIT 25**

Case: 1:20-cv-05191 Document #: 33-12 Filed: 12/10/20 Page 2 of 4 PageID #:423



(87) Patrick Gomez | LinkedIn     https://www.linkedin.com/in/patrick-gomez-a2358b1b0/

