IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE FARMS LLC | ) | Civil Action No.: 20-5191 |
| | ) | |
| Plaintiff, | ) | Judge Feinerman |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| JOHN DOE AND , | ) | |
| LINKEDIN CORPORATION | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### STATUS REPORT OF WAYNE FARMS

Now comes Plaintiff, Wayne Farms LLC, ("WAYNE FARMS") by its attorneys, Ladas & Parry LLP and responsive to the Order of December 1, 2020, Docket 30, requiring "a status report indicating how it intends to prosecute this case", WAYNE FARMS wishes to advise the Court:

(1) It has, contemporaneous herewith, filed a MOTION … FOR DEFAULT JUDGMENT AGAINST JOHN DOE

(2) Counsel has been in contact with Defendant LinkedIn Corporation to see if compromise would be advantageous to the parties.

Respectfully submitted,

Date: December 10, 2020     By: *David C. Brezina*
David C. Brezina (ID3121581)
Attorneys for Plaintiff, Wayne Farms LLC

Ladas & Parry LLP
David C. Brezina
Boris Umansky
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be filed December 10, 2020 in the Northern District of Illinois - CM/ECF LIVE, Document Filing System, which will forward copies thereof to any counsel of record.

I will also serve a copy by electronic mail to:

(1) Defendant LinkedIn

    Jason Skaggs
    Skaggs Faucette
    530 Lytton Avenue
    2nd Floor
    Palo Alto CA 94301
    jason@skaggsfaucette.com

(2) Defendant John Doe:
    patrickwaynefarms@consultant.com
    patrickwaynefarms@outlook.com
    godsonnguyen101@gmail.com
    butcherspride.frozenfoods@gmail.com
    rasulselp22@mail.com

Date of Signature: December 10, 2020

*David C. Brezina*

David C. Brezina