**EXHIBIT 26**

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the Northern District of Illinois

**Wayne Farms, LLC**

    Plaintiff(s),

vs.

**John Doe, a/k/a Gracie Henderson, a/k/a Frank L. Annese, et al**

    Defendant(s).

Case Number: 20-cv-05191

Attorney: David C. Brezina

Ladas & Parry LLP
224 S. Michigan Ave., #1600
Chicago IL 60604

*259554*

Legal documents received by ATG LegalServe, Inc. was requested to provide an affidavit of due diligence for subject(s), **John Doe, a/k/a Gracie Henderson, a/k/a Frank L. Annese on 11/06/2020 at 11:46 AM at 6271 Greenfield Rd., Elkridge, MD 21075**

The undersigned, swear and affirm that on **November 08, 2020 at 4:04 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **John Doe, a/k/a Gracie Henderson, a/k/a Frank L. Annese** the **Alias Summons in a Civil Case; Amended Complaint; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 11/08/2020-4:04 PM | 6271 Greenfield Rd. Elkridge, MD 21075 | I arrived at the address and found the address to be an apartment building. I searched the intercom but did not find any of the subject's name(s) listed. As I was standing by the door, a tenant was walking in who stated that all of their mailboxes are located at 6271 Greenfield Rd, and she also stated that the leasing office was closed due to the COVID-19 outbreak. I went to the leasing office anyway and was informed by an employee that their offices are closed due to the COVID-19 outbreak but she did state that she could not provide any information about the tenants because it falls under landlord and tenants' confidentiality agreement. No additional information was provided. - Attempted by Rene Rivas |

**Rene Rivas**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me
this 15 day of DECEMBER, 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

Internal Job ID:259554

ATG LegalServe, Inc.
105 West Adams St., #1350
Chicago IL 60603
312-855-0303
khahn@atgf.com



IN THE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Wayne Farms LLC,

    Plaintiff(s),

vs.

John Doe a/k/a Gracie Henderson a/k/a Frank L Annese, et al.

    Defendant(s).

Case No.: 20 CV 5191

**AFFIDAVIT OF SERVICE**

I, __Allison Bernardo__, being first duly sworn on oath, deposes and states the following:
I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Alias Summons: Amended Complaint** to **FRANK ANNESE**, located at **8150 LAKECREST DR, APT 15, Greenbelt, MD 20770** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the Alias Summons: Amended Complaint with **FRANK ANNESE** personally.
the ____ day of _____, 20 ___ at _____ ___ M

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the Alias Summons: Amended Complaint at the above address which is **FRANK ANNESE's** usual place of abode, with:
Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Alias Summons: Amended Complaint on
the ____ day of _____, 20 ___ at _____ ___ M
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20__

☒ **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach a separate sheet if needed):

11/06/20 @ 1:40 pm Apartment #15 does not exist. Apartment numbers start at 100. Directory outside of building does not list residents' names.
__/__/__ @ _____
__/__/__ @ _____

A description of person with whom the documents were left is as follows:

Sex:___ Race:_____ Approx. Age:___ Height:_____ Weight:_____ Hair:_____

Noticeable Features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 23 day of November, 2020.

_[signature]_
Notary Public

X _aBernardo_
Allison Bernardo
(Print Name)

*265536*

Law Firm Ref #:

[Notary Seal: MARK WESLEY HAGOOD, NOTARY PUBLIC, MY COMMISSION NUMBER 7533351, COMMONWEALTH OF VIRGINIA]