**EXHIBIT 27**

Case: 1:20-cv-05191 Document #: 36-3 Filed: 12/16/20 Page 2 of 12 PageID #:439



(https://www.mylife.com/)

(https://www.mylife.com) (https://www.mylife.com) (https://www.mylife.com/site/import-contacts.pubview) (https://www.mylife.com/privacy?page=privacy)

## Gracie Henderson, 68 (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=vcard-name)

**AKA:** gracie A Henderson, Gracie M Henderson

6014 Wilton Dr,
New Orleans, LA 70122

**Previous Addresses:** Norcross, GA, Peachtree Corners, GA, New Orleans, LA

**Phone:** Info Pending...

View Photos (/site/ob/init/ps-bgc.pubview?pagesection...)

Approximate Reputation Score

**2.79 – 4.95** /5

RATE GRACIE
(0) Reviews
(10%) Above the National Average



Photos (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=photos) | Summary (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=info) | This is Me (/site/ob/init/identity-premium.pubview?epid=e366210651978&pagesection=ID)

**Summary:** Gracie Henderson is 68 years old and was born on 04/03/1952. Gracie Henderson currently lives in New Orleans, LA; in the past Gracie has also lived in Norcross GA and Peachtree Corners GA. Other names that Gracie uses includes Gracie A Henderson and Gracie M Henderson. Personal details about Gracie include: political affiliation is unknown; ethnicity is African American; and religious views are listed as unknown. We know that Gracie is single at this point. Gracie maintains relationships with many people -- family, friends, associates, & neighbors -- including Gregory Henderson (/gregory-henderson/1101689569), Lee Henderson (/lee-henderson/1101408171), Roxanne Henderson (/roxanne-henderson/1102513073), Lee Henderson (/lee-henderson/1101404559) and Natasha Hebrard (/natasha-

Case: 1:20-cv-05191 Document #: 36-3 Filed: 12/16/20 Page 3 of 12 PageID #:440

hebrard/e364011401250). Gracie's reported annual income is about $30 - 39,999; with a net worth that tops $25,000 - $49,999.

**School:** Add Info (/site/ob/init/ps-bgc.pubview?epid=e366210651978)

**Associates:** gregory Henderson (/Gregory-henderson/e366156228936), Lee O Henderson (/Lee-henderson/e366111918768), Roxanne Bell Henderson (/Roxanne...

**Work:** Add Info (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=work)

View Full Background Info (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=Info)


Write Review


Edit Profile


Lock Info

Write Message

**Are you Gracie?** Control Profile (/site/ob/init/identity-premium.pubview?epid=e366210651978&pagesection=ID)

View details about your Reputation Profile and how to Boost your Score.

### Items Affecting Your Score
5 items could be affecting your Reputation Score

- Court & Arrest Records
- Personal Reviews
- Unverified Personal Details
- Websites Exposing your Info
- Connections with Low Scores

### Reviews o
See what p

Boost Score (/site/ob/init/identity-premium.pubview?epid=e366210651978&pagesection=ID)

Case: 1:20-cv-05191 Document #: 36-3 Filed: 12/16/20 Page 4 of 12 PageID #:441



## Court, Arrest or Criminal Records

**Check Full Background Profile** (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=arrest) to see if Gracie has **court, arrest, criminal or conviction records.** This may include any **DUIs, traffic tickets, misdemeanors or felonies.** If applicable, further details may be provided.

View Background Details (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=arrest)

## Lawsuits, Liens or Bankruptcies

**Check Full Background Profile** (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=lawsuits) to see if Gracie has **lawsuits, liens, evictions or bankruptcies.** This may include any **local, state, and federal court documents, sensitive legal information and any litigation** Gracie may have been involved in. If applicable, further details may be provided.

View Background Details (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=lawsuits)

## Sex Offender Status

**Check Full Background Profile** (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=sexOffender) to see if Gracie has **sexual offenses.** This may include a complete **list of any and all sex offenses and their current sex offender status.** If applicable, further details may be provided.

View Background Details (/site/ob/init/ps-bgc.pubview?epid=e366210651978&

pagesection=sexOffender)

## Current Address

6014 WILTON DR,
NEW ORLEANS, LA 70122-3438
(/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=address)
**Property Lot Size:** 4700 SF
**Building Area:** 945
**Owner:** henderson lee
**Owner2:** henderson gracie a
**Total Market Value:** $89,100
**Sale Price:** $53,200

🔓 Public          🔒 Private

## Past Address

213 Wynfield Trce,
Norcross, GA 30092
(/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=address)

🔓 Public          🔒 Private

View Address (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagese

## Past Addr

213 Wynfie
Peachtree C
(/site/ob/ini

🔓 Public

View Addres

## Email Address

****@yahoo.com
(/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=emailon

🔓 Public    🔒 Private

View Email (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesecti

## Personal Details

**Date of Birth:** 4/3/1952
**Politics:** Add Info
**Ethnicity:** African American
**Religion:** Add Info
**Income:** $30 - $39,999
**Net Worth:** $25,000 - $49,999
**Relationship:** Single
**Kids:** Add Info

Edit this Information

🔓 Public    🔒 Private

Case: 1:20-cv-05191 Document #: 36-3 Filed: 12/16/20 Page 7 of 12 PageID #:444

## Education + Add

**Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=education)** to see possible education history including where and when they attending high school and college, and a complete list of her high school class list.

## Education

Keeping thi

## Work + Add

**Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection=work)** to see complete work history. This may contain information such as company name, job title, address, and time period of service.

## Work

Keeping thi

### Automobiles + Add

**Year:** 2008
**Make:** SATURN
**Model:** VUE

Edit this Information

🔓 Public   🔒 Private

### House Plan

**Property Lot Size:** 4700 SF
**Building Area:** 945

🔓 Public   🔒 Private

### Properties

**Home Value:** Add Info
**Purchase Price:** Add Info

Edit this Information

🔓 Public   🔒 Private

**4 Relatives/Associates**

**Gregory Henderson, 55** (/Gregory-henderson/e36615622893)
Atlanta, GA

**Lee Henderson, 45** (/Lee-henderson/e366111918768)
New Orleans, LA

**Roxanne Henderson, 71** (/Roxanne-henderson/e366334267(
Rosharon, TX

**Lee Henderson, 71** (/Lee-henderson/e366111532878)
New Orleans, LA

🔓 Public  🔒 Private

View All (/site/ob/init/ps-bgc.pubview?epid=e366210651978&pagesection

**11 Neighb**

Na
Nev

Kyl
Nev

Del
Nev

Car
Nev

🔓 Public

View All (/s

Case: 1:20-cv-05191 Document #: 36-3 Filed: 12/16/20 Page 10 of 12 PageID #:447

## Personal Review

Boost Gracie's Reputation Score by providing a personal review.



Write Review

Profession

Boost Graci

Other Gracie Henderson's

**Gracie Henderson, 23**
Pittsburgh, PA
**(/Gracie-henderson/e100899528349398)**

**Gracie Henderson, 43**
Cleveland, TX
**(/Gracie-henderson/e304431363762)**

**Gracie Henderson, 84**
Marshall, TX
**(/Gracie-henderson/e366169338006)**

Gracie Henderson, 68

Home (/) › People Search (/people-search/) ›
LA (https://www.mylife.com/people-search/la/find/gracie-henderson) › New Orleans ›
Gracie Henderson (https://www.mylife.com/gracie-henderson/)

Find Anyone:

A (https://www.mylife.com/people-search/a/) | B (https://www.mylife.com/people-search/b/) |
C (https://www.mylife.com/people-search/c/) | D (https://www.mylife.com/people-search/d/) |
E (https://www.mylife.com/people-search/e/) | F (https://www.mylife.com/people-search/f/) |
G (https://www.mylife.com/people-search/g/) |
H (https://www.mylife.com/people-search/h/) | I (https://www.mylife.com/people-search/i/) |
J (https://www.mylife.com/people-search/j/) | K (https://www.mylife.com/people-search/k/) |
L (https://www.mylife.com/people-search/l/) |
M (https://www.mylife.com/people-search/m/) |
N (https://www.mylife.com/people-search/n/) |
O (https://www.mylife.com/people-search/o/) | P (https://www.mylife.com/people-search/p/) |
Q (https://www.mylife.com/people-search/q/) | R (https://www.mylife.com/people-search/r/) |
S (https://www.mylife.com/people-search/s/) | T (https://www.mylife.com/people-search/t/) |
U (https://www.mylife.com/people-search/u/) | V (https://www.mylife.com/people-search/v/) |
W (https://www.mylife.com/people-search/w/) |
X (https://www.mylife.com/people-search/x/) | Y (https://www.mylife.com/people-search/y/) |
Z (https://www.mylife.com/people-search/z/)

(https://www.mylife.com/people-search/) | (https://www.mylife.com
/contact-us)
(https://www.mylife.com/user-agreement) | (/privacy-policy)
Copyright ©2020 MyLife.com®, Inc.

Do Not Sell My Info (/privacy-policy#caliResidentsNotice)

Case: 1:20-cv-05191 Document #: 36-3 Filed: 12/16/20 Page 12 of 12 PageID #:449