# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wayne Farms LLC

                        Plaintiff,

v.                                                    Case No.: 1:20–cv–05191
                                                              Honorable Gary Feinerman

John Doe, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 17, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held and continued to 1/6/2021 at 9:15 a.m. For the reasons stated on the record, Plaintiff's motions for default judgment against John Doe [32] [33] are granted. Enter Rule 55(a) default against Defendant John Doe. Plaintiff shall file its Rule 55(b) motion for default judgment by 12/24/2020. If Doe Defendant wishes to oppose Plaintiff's Rule 55(b) motion, Doe Defendant should file a written opposition by 1/14/2021 or appear at the 1/6/2021 hearing; otherwise, the court will rule on the Rule 55(b) motion on the papers at the 1/6/2021 hearing. Plaintiffs shall serve Defendants with this order and their Rule 55(b) papers. Attorneys/Parties should appear for the 1/6/2021 hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.