# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wayne Farms LLC

                      Plaintiff,

v.                                                     Case No.: 1:20–cv–05191
                                                       Honorable Gary Feinerman

John Doe, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 30, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Hearing on motion for default judgment [39] set for 1/6/2021 at 9:15 a.m. If Doe Defendant wishes to oppose the motion, Doe Defendant should file a written opposition by 1/5/2021 or appear at the 1/6/2021 hearing; otherwise, the court will rule on the motion at the 1/6/2021 hearing. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Plaintiffs shall electronically serve Doe Defendant with a copy of this order.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.