

**WELLS FARGO**

Legal Order Processing
MAC S4001-01E
P.O. Box 29779
Phoenix, AZ 85038

September 23, 2020

LADAS & PARRY
David Brezina
22 S Michigan Ave, Ste 1600
Chicago, IL 60604

Subject: Response to Temporary Restraining Order
Court case number: 20C5191
Wells Fargo case number: 46908520

Dear LADAS & PARRY:

As you requested in the Temporary Restraining Order served on Wells Fargo on September 23, 2020, we have restricted customer withdrawals from the accounts below.

| Account Number | Name | Account Balance |
| --- | --- | --- |
| XXXXXX6603 | Frank L Annese, Dba Frankness Construction | $12,238.07 |
| XXXXXX4914 | Frank L Annese | $0.14 |

If you have questions, please call us at (480) 724-2000, Monday through Friday, 8 a.m. to 8 p.m. Eastern Time.

Thank you.

Sincerely,

*Joe Medina*

Operations Manager
Legal Order Processing





Legal Order Processing
S4001-01E
P.O. Box 29779
Phoenix, AZ 85038

001288  XNLLG167



Ladas & Parry
David Brezina
22 S Michigan Ave, Ste 1600
Chicago, IL 60604

XNLLG167 001288 267203942113 NNNNN NNNNN NNNNN 000001 CXNL1TAA 002731



