# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Wayne Farms LLC,

Plaintiff(s),

v.

John Doe et al,

Defendant(s).

Case No. 20 C 5191
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Wayne Farms, LLC, and against Defendant John Doe (a/k/a Gracie Henderson, a/k/a Frank L. Annese) in the amount of $131,000. Injunctive relief issues as well.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 1/6/2021                    Thomas G. Bruton, Clerk of Court

                                  /s/ Jackie Deanes , Deputy Clerk